**Keith BRUNDIGE, Plaintiff–Appellant,**

v.

**Police Officer BASSETT, A.D. Brown, G.A. Adam, and Prince William County Police Department, Defendants–Appellees.**

No. 2006–1384.

United States Court of Appeals, Federal Circuit.

June 23, 2006.

Keith Brundige, pro se.

*ORDER*

On June 1, 2006 the court issued an order allowing the parties 14 days to object to the transfer of this appeal to the United States Court of Appeals for the Fourth Circuit. No response has been submitted within the time allowed.

Accordingly,

IT IS ORDERED THAT: